John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2212   Fax: 775-788-2213
jtennert@fclaw.com

*Attorneys for Defendant Chad A. Brown*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD M. FLEMING, an individual, | CASE NO.: 3:17-cv-00707-MMD-WGC |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| CHAD A. BROWN, an individual, | |
| Defendant. | |

Adam W. Sikich, Esq., Lisa A. Dunner, Esq. and the law firm of Dunner Law PLLC, hereby substitute in their place John D. Tennert, Esq. and the law firm of Fennemore Craig, P.C. as attorneys for Defendant Chad A. Brown, for all purposes in the above-entitled matter.

DATED this 7th day of December, 2017.

**DUNNER LAW PLLC**

By: _____
Adam W. Sikich, Esq.
Lisa A. Dunner, Esq.
3243 P Street, NW
Washington, DC 20007
202-298-6322

Chad A. Brown hereby substitutes and appoints John D. Tennert and the law firm of Fennemore Craig, P.C. as his attorney for all purposes in the above-entitled matter in the place of Adam W. Sikich, Esq., Lisa A. Dunner, Esq. and the law firm of Dunner Law PLLC.

DATED this _____ day of December, 2017.

_____
Chad A. Brown

13475806

| | |
|---|---|
| 1 | John D. Tennert, Esq. (SBN 11728)<br>FENNEMORE CRAIG, P.C.<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2212  Fax: 775-788-2213<br>jtennert@fclaw.com<br><br>*Attorneys for Defendant Chad A. Brown* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD M. FLEMING, an individual,<br><br>Plaintiff,<br>vs.<br>CHAD A. BROWN, an individual,<br><br>Defendant. | CASE NO.: 3:17-cv-00707-MMD-WGC<br><br>**SUBSTITUTION OF COUNSEL** |

Adam W. Sikich, Esq., Lisa A. Dunner, Esq. and the law firm of Dunner Law PLLC, hereby substitute in their place John D. Tennert, Esq. and the law firm of Fennemore Craig, P.C. as attorneys for Defendant Chad A. Brown, for all purposes in the above-entitled matter.

DATED this _____ day of December, 2017.

**DUNNER LAW PLLC**

By: _____
Adam W. Sikich, Esq.
Lisa A. Dunner, Esq.
3243 P Street, NW
Washington, DC 20007
202-298-6322

Chad A. Brown hereby substitutes and appoints John D. Tennert and the law firm of Fennemore Craig, P.C. as his attorney for all purposes in the above-entitled matter in the place of Adam W. Sikich, Esq., Lisa A. Dunner, Esq. and the law firm of Dunner Law PLLC.

DATED this 6th day of December, 2017.    /s/ Chad A. Brown
Chad A. Brown

13475806

| | |
|---|---|
| 1 | John D. Tennert, Esq. and the law firm of Fennemore Craig, P.C. hereby accept |
| 2 | substitution as attorneys for Chad A. Brown, for all purposes in the above-entitled action, in the |
| 3 | place of Adam W. Sikich, Esq., Lisa A. Dunner, Esq. and the law firm of Dunner Law PLLC. |
| 4 | DATED this 6th day of December, 2017. |

**FENNEMORE CRAIG, P.C.**

By: /s/ John D. Tennert
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2212  Fax: 775-788-2213
jtennert@fclaw.com

*Attorneys for Defendant Chad A. Brown*

**IT IS SO ORDERED.**

DATED: December 11, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13475806

2