1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8

9   RICHARD MAX FLEMING, M.D., J.D.,        )        3:17-cv-00707-MMD-WGC
                                            )
10             Plaintiff,                    )        **ORDER**
                                            )
11         vs.                               )
                                            )
12   CHAD A. BROWN,                          )
                                            )
13             Defendant.                    )
    _____)
14
           This matter is before the court on Plaintiff's Motion for CM/ECF User Name and Password for
15
    Nevada Federal Court (ECF No. 34), filed on December 8, 2017.
16
           Plaintiff requests permission to file, receive, and serve documents electronically in this case.
17
    Plaintiff provided certification that he is familiar with the CM/ECF tutorial and Electronic Filing
18
    Procedures, Best Practices, and with Part IC - Electronic Case Filing of the Local Rules of Practice of
19
    the United States District Court (ECF No. 43).  The court finds that Plaintiff has demonstrated a basic
20
    understanding and familiarity with the CM/ECF filing system. Accordingly,
21
           **IT IS HEREBY ORDERED** that Plaintiff's Motion for CM/ECF User Name and Password for
22
    Nevada Federal Court (ECF No. 34) is **GRANTED**. Plaintiff shall contact the CM/ECF Help Desk at
23
    (702) 464-5555 to set up a CM/ECF account.
24
           DATED:  December 13, 2017.
25

26                                                   _William G. Cobb_

27                                                   _____
                                                     WILLIAM G. COBB
                                                     UNITED STATES MAGISTRATE JUDGE
28